JRS
F.# 2022R00960

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

THOMAS O'CONNOR,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>UNSEALING O R D E R</u>

CR <u>23-350</u> (<u>DG</u>)

   Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney James R. Simmons, for an order unsealing the above-captioned matter in its entirety.

   WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
     _____, 2023

                   Hon. Ramon E. Reyes, Jr.
                   Digitally signed by Hon. Ramon E. Reyes, Jr.
                   Date: 2023.08.31 11:27:26 -04'00'

                HONORABLE RAMON E. REYES, JR.
                UNITED STATES MAGISTRATE JUDGE
                EASTERN DISTRICT OF NEW YORK